O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALDO ROMERO, | ) | Case No. EDCV 11-0454-PA (DTB) |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LIEUTENANT A. ALONZO, et al., | ) ) ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendants' Motion to Dismiss is granted; that plaintiff's Motion for Summary Judgment is denied; and that Judgment be entered dismissing this action without prejudice for failure to exhaust administrative remedies.

Dated: August 24, 2012

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1