JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO ROMERO, | Case No. EDCV 11-0454-PA (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| LIEUTENANT A. ALONZO, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice for failure to exhaust administrative remedies.

Dated: August 24, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE